## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

FILED

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:25-cr- 38 |
| | ) | |
| v. | ) | Judge McDonough/Dumitru |
| | ) | |
| | ) | Magistrate Judge |
| JOEY AKRIDGE | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about April 16, 2024, in the Eastern District of Tennessee, the defendant, **JOEY AKRIDGE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and the firearm was shipped and transported in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### *Forfeiture Allegation*

1.     The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant, **JOEY AKRIDGE**, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

Page 1 of 2

- Ruger, Model: P95DC, 9mm pistol and

- Ammunition.

If any of the properties described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Raven D. Austin
Special Assistant United States Attorney

Page 2 of 2